**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00088-REB-BNB

ROUN SECK,

    Plaintiff,

v.

CARIDIANBCT, INC.,
GAMBRO, INC.,
CARIDIANBCT HOLDING CORP., and
TERUMO CORPORATION,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice Pursuant To FED. R. CIV. P. 41(a)(1)(ii)** [#18][1] filed May 29, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this case be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice Pursuant To FED. R. CIV. P. 41(a)(1)(ii)** [#18] filed May 29, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for March 29, 2013, are **VACATED**;

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That the jury trial set to commence April 15, 2013, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 29, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge